In the Matter of the Accounting of HARRY W. LESLIE et al., as Trustees under the Will of JOHN S. McEWAN, Deceased.

JOHN S. McEWAN, as General Guardian of JAMES L. McEWAN et al., Appellants; HENRY G. McEWAN, as General Guardian of CATHERINE McEWAN, Respondent.

*Will — when grandchild born after death of testator entitled to share in residuary estate.*

*Matter of Leslie (McEwan)*, 202 App. Div. 50, affirmed.

(Argued October 5, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1922, modifying and affirming as modified a decree of the Albany County Surrogate's Court construing the will of John S. McEwan, deceased. Testator by his will directed that after five years, or upon the death of his daughter before that time, his residuary estate be divided into " as many equal shares as may be necessary to distribute said residue as follows," and directed that one each of said shares be given to his daughter and three grandchildren and then gave " To the rest of my grandchildren the remaining shares of my said residue * * * equally share and share alike." At the death of testator there was but one grandchild living who was not specifically designated as a beneficiary under the residuary clause, but thereafter another grandchild was born. The Appellate Division held that she was entitled to an equal share of the said residuary estate.

. *Roland Ford* and *Melvin T. Bender* for appellants.

*Harry Cook* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HOGAN, J.